FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 09, 2025

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JUAN RAMOS LOPEZ, (a/k/a "Juan Estrada-Lopez"),<br><br>　　　　Defendant. | Case No.: 2:25-CR-0089-TOR<br><br>Order of Dismissal Without Prejudice and Quash Arrest Warrant |

Before the Court is the United States' Motion to Dismiss Indictment and Quash Arrest Warrant, pursuant to Federal Rule of Criminal Procedure 48(a). ECF No. 6.

It is hereby ORDERED that all counts of the Indictment in the above captioned matter are hereby dismissed without prejudice as to JUAN RAMOS LOPEZ.

///

///

Order of Dismissal Without Prejudice – 1

It is also ORDERED that any warrant previously issued for the arrest of JUAN RAMOS LOPEZ in this matter is hereby QUASHED.

**IT IS SO ORDERED.**

DATED July 9, 2025.



   Thomas O. Rice
   United States District Judge

Order of Dismissal Without Prejudice – 2